**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GARY GOULD**                                                                                    **PLAINTIFF**
**ADC #800166**

**v.**                                            **CASE NO: 5:19CV00282-JM-JJV**

**EMSWELLER,** *et al*.                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's official capacity claims are dismissed with prejudice.

2.      Plaintiff's retaliation claim is dismissed without prejudice.

3.      Plaintiff's conspiracy claim is dismissed without prejudice.

4.      Plaintiff's claims against Defendant Wendy Kelley are dismissed without prejudice.

5.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 24th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE