# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**GARY GOULD**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #800166**

v.　　　　　　　　**CASE NO: 5:19CV00282-JM-JJV**

**EMSWELLER,** *et al*.　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　Defendant Graydon is dismissed without prejudice from this lawsuit.

2.　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 18th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE