## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**GARY GOULD**                                                                          **PLAINTIFF**
**ADC #800166**

**v.**                              **CASE NO: 5:19cv00282-JM-JJV**

**EMSWELLER,** *et al*.                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants' Motion for Summary Judgment for failure to exhaust administrative remedies as to Plaintiff's claims against Defendants Nally and Ridgle  (Doc. No. 38) is GRANTED.

2.      Plaintiff's claims against Defendants Nally and Ridgle are DISMISSED without prejudice.

3.      Defendants Nally and Ridgle are DISMISSED from this action.

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 15th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE