**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GARY GOULD**                                                                              **PLAINTIFF**
**ADC #800166**

**v.**                                    **CASE NO: 5:19cv00282-JM-JJV**

**EMSWELLER,** *et al.*                                                              **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff's Motion for Summary Judgment (Doc. No. 47) is DENIED.

2.    Defendants' Motion for Summary Judgment (Doc. No. 68) is DENIED.

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE