**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 5 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY GOULD, ADC #800166                                     PLAINTIFF

v.                          CASE NO. 5:19-CV-00282 JM/JJV

ANTWON EMSWELLER, et al.                                    DEFENDANTS

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE 41

On this day is presented to the Court the above-styled matter now pending between the

Plaintiff, Gary Gould, and the defendants that remain herein, Brandon Bass and Wesley Harris,

whereupon the Court finds as follows:

It is stipulated by the parties that this action should be dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED this 25th day of July 2022.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

_____
Kesia Morrison 2015244
Attorney for Defendants

_____
Charles D. Hancock (2001022)
Attorney for Plaintiff

_____
Gary Gould
Plaintiff